IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

| | |
|---|---|
| EDWARD D. SANBORN, | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 07-0655-(RCL) |
| MICHAEL J. ASTRUE, | * |
| Commissioner of Social Security, | |
| | * |
| Defendant. | |

FILED
JAN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER GRANTING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Upon consideration of the Plaintiff's unopposed Petition for Attorney's Fees Pursuant to the Equal Access to Justice Act filed herein, and the Court finding that the position of the Defendant herein was not substantially justified, it is this 2nd day of January, 2008 by the United States District Court for the District of Maryland:

ORDERED, that Plaintiff's counsel, Stephen F. Shea, is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $2,274.87, and costs in the amount of $350.00, for a total of $2,624.87.

_____
JUDGE, United States District Court
for the District of Columbia