UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD SANBORN,                )
                               )
            Plaintiff,         )
                               )
      -v-                      )    Civil Action No. 07-0655 RCL
                               )
MICHAEL J. ASTRUE,             )
Commissioner,                  )
Social Security Administration,)
                               )
            Defendant.         )
_____)

ORDER

Upon consideration of defendant's motion under Fed. R. Civ. P. 59(e) to amend the Court's order awarding attorney's fees in this case, and the entire record, it is this 5th day of February, 2008,

ORDERED that the motion is granted, and it is further

ORDERED that the Court's order of January 2, 2008, awarded attorney's fees to plaintiff's counsel is vacated; and it is further

ORDERED that plaintiff is awarded attorney's fees of $2,274.87 and costs of $350.00, for a total of $2,624.87. Payment shall be made by a check delivered to plaintiff's attorney, at the address given below:

   Stephen Shea , Esq.
   801 Roeder Road, Suite 550
   Silver Spring, MD 20910


   SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on February 5, 2008.